**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2118

SHIRLEY WIGGINS; RONNIE HOWELL,

Plaintiffs - Appellants,

versus

MARTIN COUNTY BOARD OF EDUCATION; KAREN
DAMERON; REATHA GARNER, deceased; ANGELA
MATTHEWS; WILLIE C. PEELE; LISA GAULS; JANET
KALLEN; TOM DAILY; BONITA ANDREWS; BRENDA
WHITE; PERRY JAMES; ANGELA FREEMAN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Louise W. Flanagan,
District Judge. (CA-04-17-4-FL(4))

Submitted:  February 28, 2005          Decided:  March 18, 2005

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shirley Wiggins, Ronnie Howell, Appellants Pro Se. Donna Rhea
Rascoe, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing this action filed under the Family Education Rights and Privacy Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wiggins v. Martin County Bd. of Ed., No. CA-04-17-4-FL(4) (E.D.N.C. filed Aug. 18, 2004 & entered Aug. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED